■ In the Matter of PAUL MASTRANGELO et al., Respondents, v STATE OF NEW YORK, Appellant. — Appeal from an order of the Court of Claims (McCabe, J.), dated January 18, 1982, which granted petitioners' motion for discovery prior to the filing of a claim against the State. Order reversed, on the law, without costs or disbursements, and motion denied. Petitioners have failed to set forth

adequate grounds demonstrating the need for disclosure to aid them in bringing a claim against the State. They possess sufficient information to frame a claim and identify the proper parties. Petitioners may pursue their request to file a late claim and should permission be granted, they may request appropriate discovery after issue has been joined. Titone, J. P., Weinstein, Thompson and Brown, JJ., concur.